UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas George Michlitsch,   Civil No. 17-cv-3470 (MJD/TNL)

Plaintiff,

v.   **ORDER**

Nancy A. Berryhill,
*Acting Commissioner of Social Security*

Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 12, 2018 (ECF No. 15), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (ECF No. 11) is **DENIED**.

2. The Commissioner's Motion for Summary Judgment (ECF No. 13) is **GRANTED**.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:   June 27, 2018                    s/David S. Doty for Michael J. Davis
                                         David S. Doty
                                         United States District Court Judge